■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS CASTILLO, Appellant. [627 NYS2d 940] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered July 28, 1993, convicting him of criminal possession of a controlled substance in the second degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the legal sufficiency of the evidence are unpreserved for appellate review (see, People v

*Bynum,* 70 NY2d 858; *People v Okehoffurum,* 201 AD2d 508; *cf., People v Hill,* 85 NY2d 252). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt both the defendant's identity and that he knew the weight of the drugs *(see, People v Ryan,* 82 NY2d 497, 505; *People v Dillon,* 207 AD2d 793; *People v Okehoffurum, supra).* Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Sullivan, J. P., Copertino, Goldstein and Florio, JJ., concur.